## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## COLUMBUS DIVISION

GARCIA-MARTINEZ FRANCISCO   :
JAVIER   :
  :
      Petitioner,   :
  :
v.   :     CASE NO. 4:11-CV-126-CDL-MSH
  :        28 U.S.C. § 2241
ERIC HOLDER, *et al.*   :
  :
      Respondents.   :
_____

### RECOMMENDATION OF DISMISSAL

Petitioner filed a petition for writ of habeas corpus under 28 U.S.C. § 2241 on August 30, 2011. (ECF No. 1.) By Order dated September 9, 2011, the Court directed Plaintiff to pay the $5.00 filing fee or move to proceed *in forma pauperis* within thirty days. (Order, Sept. 9, 2011, ECF No. 4.) Petitioner failed to comply with the above instructions or otherwise respond to the Court's Order. Consequently, on November 30, 2011, the Court gave Petitioner an additional ten days to respond and pay the filing fee or move to proceed *in forma pauperis*. (Order, Nov. 30, 2011, ECF No. 5.) The Court explained in that Order that failure to comply would result in dismissal of his action. (*Id.*) Petitioner has failed to comply with the Court's Orders and, as of today, has failed to pay the $5.00 filing fee as required by 28 U.S.C. § 1914(a) or move to proceed *in forma pauperis*.

WHEREFORE it is recommended that Petitioner's application for a writ of habeas corpus be DISMISSED without prejudice for failure to pay the filing fee and comply with

the Court's September 9 and November 30 Orders.  Pursuant to 28 U.S.C. § 636(b)(1), the Petitioner may serve and file written objections to this recommendation with the United States District Judge within fourteen (14) days after being served a copy of this recommendation.

SO RECOMMENDED, this 14th day of December, 2011.

S/ Stephen Hyles
UNITED STATES MAGISTRATE JUDGE